# United States District Court
## Western District of North Carolina
## Charlotte Division

| | | |
|---|---|---|
| Lauren Swaringer**,** | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:20-cv-00135-GCM |
| | ) | |
| vs. | ) | |
| | ) | |
| PSA Airlines, Inc. | ) | |
| American Airlines, Inc.**,** | | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's May 7, 2020 Order.

May 7, 2020

Frank G. Johns, Clerk
United States District Court